No. 24-1295

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

IN RE: ACTAVIS HOLDCO U.S., INC., *et al*.

Petitioners.

_____

On Petition for a Writ of Mandamus to the
United States Judicial Panel on Multidistrict Litigation
Case No. MDL No. 2724
Honorable Judge Cynthia M. Rufe
U.S. District Court for the Eastern District of Pennsylvania

_____

## PETITIONERS' REQUEST FOR ORAL ARGUMENT PURSUANT TO L.A.R. 34.1(B)

_____

DEVORA W. ALLON
  *Counsel of Record*
KIRKLAND & ELLIS LLP
601 LEXINGTON AVENUE
NEW YORK, NY 10022
(212) 446-4800

GEORGE W. HICKS, JR.
KIRKLAND & ELLIS LLP
1301 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004
(202) 389-5000

*Counsel for Petitioner Upsher-Smith Laboratories, LLC*

February 22, 2024         [Additional Counsel for Petitioners on Inside Cover]

Sheron Korpus
Seth B. Davis
Seth A. Moskowitz
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

*Counsel for Actavis Elizabeth, LLC, Actavis Holdco U.S., Inc., and Actavis Pharma, Inc.*

Robin P. Sumner
Michael J. Hartman
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
(215) 981-4000

*Counsel for Amneal Pharmaceuticals, Inc. and Amneal Pharmaceuticals, LLC*

James T. McKeown
Elizabeth A. N. Haas
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202
(414) 271-2400

Steven F. Cherry
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
(202) 663-6000

*Counsel for Apotex Corp.*

Fabien M. Thayamballi
Shapiro Arato Bach LLP
1140 Avenue of the Americas
17th Floor
New York, New York 10036
(212) 257-4880

*Counsel for Ara Aprahamian*

W. Gordon Dobie
Frank A. Battaglia
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558-5600

Irving Wiesen
LAW OFFICES OF IRVING L.
WIESEN, P.C.
420 Lexington Ave. – Suite 2400
New York, NY 10170
(212) 381-8774

*Counsel for Ascend Laboratories, LLC*

Robin D. Adelstein
Mark A. Robertson
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
(212) 318-3000

*Counsel for Bausch Health Americas, Inc. and Bausch Health US, LLC*

Larry H. Krantz
KRANTZ & BERMAN LLP
747 Third Avenue, 32nd Floor
New York, New York 10017
(212) 661-0009

*Counsel for James Brown*

Nathan E. Denning
Chloe S. Booth
WIGGIN AND DANA LLP
437 Madison Avenue, 35th Floor
New York, NY 10022
(212) 551-2600

Benjamin H. Diessel
Emmett F. Gilles
Christopher Bailes
Ariela C. Anhalt
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
New Haven, CT 06510
(203) 498-4400

*Counsel for Aurobindo Pharma U.S.A., Inc.*

Guy Petrillo
Christina Karam
PETRILLO KLEIN & BOXER LLP
655 Third Ave.
22nd Floor
New York, NY 10017
(212) 370-0330

*Counsel for Douglas Boothe*

Michelle N. Lipkowitz
Mintz, Levin, Cohn, Ferris, Glovsky
and Popeo, P.C.
555 12th Street NW, Suite 1100
Washington, DC 20004
(202) 434-7448

*Counsel for Mitchell S. Blashinsky*

Steven E. Bizar
John P. McClam
Agnese Nadalini
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Counsel for Citron Pharma, LLC*

Thomas H. Suddath, Jr.
REED SMITH LLP
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
(215) 851-8100

*Counsel for Maureen Cavanaugh*

Roger B. Kaplan
Jason Kislin
Aaron Van Nostrand
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
(973) 360-7900

Brian T. Feeney
1717 Arch Street, Suite 400
Philadelphia, PA 19103
(215) 988-7812

*Counsel for Dr. Reddy's Laboratories, Inc.*

Dimitra Doufekias
Megan E. Gerking
Robert W. Manoso
Aaron Scheinman
Megan S. Golden
MORRISON & FOERSTER LLP
2100 L Street, NW Suite 900
Washington, DC 20037
(202) 887-1500

Michael B. Miller
Benjamin E. Campbell
MORRISON & FOERSTER LLP
250 W 55th Street
New York, NY 10019
(212) 468-8000

*Counsel for Glenmark Pharmaceuticals Inc., USA*

Robert E. Connolly
LAW OFFICE OF ROBERT E. CONNOLLY
1735 Market Street
Suite A, #469
Philadelphia, PA 19103
(215) 219-4418

*Counsel for James Grauso*

Robert E. Welsh, Jr.
Richard D. Walk, III
WELSH & RECKER, P.C.
306 Walnut Street
Philadelphia, PA 19106
(215) 972-6430

*Counsel for Kevin Green*


George G. Gordon
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-2000

*Counsel for Lannett Company, Inc.*


Adam Farbiarz
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000

*Counsel for Rajiv Malik*

Brian J. Smith
K&L Gates LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
(312) 807-4202

*Counsel for Mayne Pharma Inc.*

Colin R. Kass
Proskauer Rose LLP
1001 Pennsylvania Ave, NW
Suite 600 South
Washington, DC 20004
(202) 416-6890

Bradley I. Ruskin
David A. Munkittrick
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000

Leiv Blad
Meg Slachetka
Competition Law Partners
1101 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 742-4300

*Counsel for Lupin Pharmaceuticals, Inc.*


Peter M. Ryan
COZEN O'CONNOR P.C.
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 665-2130

*Counsel for James Nesta*

Benjamin F. Holt
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600

Jasmeet K. Ahuja
HOGAN LOVELLS US LLP
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
(267) 675-4600

*Counsel for Mylan Inc. and
    Mylan Pharmaceuticals Inc.*


J. Clayton Everett, Jr.
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-3000

Harvey Bartle IV
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

*Counsel for Perrigo New York, Inc.*


Margaret A. Rogers
ARNOLD & PORTER KAYE
SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000

*Counsel for Sandoz Inc. and Fougera
    Pharmaceuticals Inc.*

Jeffrey Brown
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
(212) 698-3511

*Counsel for Dave Rekenthaler*


Stephen A. Miller
Calli J. Padilla
COZEN O'CONNOR P.C.
1650 Market Street
Suite 2800
Philadelphia, PA 19103
(215) 665-6938

*Counsel for Richard Rogerson*


J. Gordon Cooney, Jr.
John J. Pease III
Alison Tanchyk
William T. McEnroe
Zachary M. Johns
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103
(215) 963-5000

Amanda B. Robinson
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 739-3000

*Counsel for Teva Pharmaceuticals
    USA, Inc.*

Michael Weinstein
Michael C. Klauder
COLE SCHOTZ P.C.
25 Main Street
Hackensack, NJ 07601
(201) 489-3000

*Counsel for Walter Kaczmarek*

Charles S. Leeper
Kenneth M. Vorrasi
Alison M. Agnew
FAEGRE DRINKER BIDDLE &
REATH LLP
1500 K Street, NW, Suite 1100
Washington, DC  20005
(202) 842-8800

*Counsel for John Wesolowski*

Clifford Katz
Damon Suden
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
(212) 808-7800

*Counsel for Wockhardt USA LLC*

Jason R. Parish
BUCHANAN INGERSOLL &
ROONEY PC
1700 K Street, NW
Washington, DC 20006
(202) 452-7900

Bradley J. Kitlowski
BUCHANAN INGERSOLL &
ROONEY PC
Union Trust Building
501 Grant Street
Pittsburgh, PA 15219
(412) 562-8800

*Counsel for Zydus Pharmaceuticals (USA) Inc.*

Pursuant to Federal Rule of Appellate Procedure 34(a)(1) and Third Circuit Local Appellate Rule 34.1(b), Petitioners respectfully request that the Court schedule oral argument on their petition for a writ of mandamus. Petitioners request that the Court set argument for fifteen minutes per side.

This petition for a writ of mandamus arises from the *In re Generic Pharmaceuticals Pricing Antitrust Litigation* MDL, which has been pending in the Eastern District of Pennsylvania and overseen by Judge Cynthia Rufe since 2016. The MDL includes over fifty distinct actions concerning industry-wide allegations of anti-competitive conduct. Three actions brought by some fifty States and territories (together, "States") have long been at the forefront of the MDL, and one of the State actions is serving as a principal bellwether case. Pretrial proceedings are ongoing, with *Daubert* and summary judgment briefing in the bellwether cases set for this year following additional State depositions, as well as State document productions, expert discovery, and resolution of numerous pending motions.

Despite this significant ongoing activity, the States have asked the Judicial Panel on Multidistrict Litigation to remand their actions to the District of Connecticut, where they originally filed their cases, based on a December 2022 amendment known as the State Antitrust Enforcement Venue Act ("Venue Act"), which carves out from the MDL statute, 28 U.S.C. § 1407, antitrust actions brought by States. After this request to remand—which came more than ten months after the

Venue Act's passage, during which time the States continued to actively litigate in the MDL—Judge Rufe took the extraordinary step of informing the JPML of her concerns and stating that she "would not recommend that the State Actions be transferred at this time." Status Order at 4, *In re: Generic Pharms. Pricing Antitrust Litig.*, 2:16-md-02724-CMR (E.D. Pa. Dec. 7, 2023), ECF No. 2732. The JPML nonetheless granted the States' motion, concluding that the Venue Act applies to cases pending in MDLs at the time of its enactment and that Petitioners had not established waiver by the States. Remand Order, *In re: Generic Pharms. Pricing Antitrust Litig.*, MDL No. 2724 (J.P.M.L. Jan. 31, 2024), ECF No. 526.

The petition for a writ of mandamus contends that the JPML's application of the Venue Act to cases pending in MDLs at the time of its enactment violates the well-established presumption against retroactivity and is contrary to Supreme Court and Third Circuit jurisprudence. The petition also contends that the JPML erred in refusing to apply the standard for venue objections under 28 U.S.C. § 1406—under which a ten-month delay would not be acceptable—and instead applying the more generous waiver standard for a remand under 28 U.S.C. § 1407. With either of those clear errors of law corrected, there is no basis for the remand, as Judge Rufe has made clear that a transfer would otherwise be inappropriate because pretrial proceedings have not concluded.

Petitioners respectfully submit that oral argument would aid the Court in resolving these important questions of first impression implicating statutory interpretation, the presumption against retroactivity, the Venue Act, and the MDL statute. Oral argument will also assist the Court in better understanding the significant adverse consequences on Petitioners, the courts, and the progress and resolution of this large and procedurally complex litigation should the JPML's clearly erroneous remand order stand.

Respectfully submitted,

Dated February 22, 2024

/s/ Devora W. Allon
DEVORA W. ALLON
   *Counsel of Record*
KIRKLAND & ELLIS LLP
601 LEXINGTON AVENUE
NEW YORK, NY 10022
(212) 446-4800

GEORGE W. HICKS, JR.
KIRKLAND & ELLIS LLP
1301 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004
(202) 389-5000

*Counsel for Upsher-Smith Laboratories, LLC*

/s/ Sheron Korpus
Sheron Korpus
Seth B. Davis
Seth A. Moskowitz
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
skorpus@kasowitz.com
sdavis@kasowitz.com
smoskowitz@kasowitz.com

*Counsel for Actavis Elizabeth, LLC, Actavis Holdco U.S., Inc., and Actavis Pharma, Inc.*

/s/ Robin P. Sumner
Robin P. Sumner
Michael J. Hartman
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4000
robin.sumner@troutman.com
michael.hartman@troutman.com

*Counsel for Amneal Pharmaceuticals, Inc. and Amneal Pharmaceuticals, LLC*

/s/ James T. McKeown
James T. McKeown
Elizabeth A. N. Haas
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202
Tel: (414) 271-2400
Fax: (414) 297-4900
jmckeown@foley.com
ehaas@foley.com

Steven F. Cherry
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com

*Counsel for Apotex Corp.*

| | |
|---|---|
| */s/ Fabien M. Thayamballi* <br> Fabien M. Thayamballi <br> Shapiro Arato Bach LLP <br> 1140 Avenue of the Americas <br> 17th Floor <br> New York, New York 10036 <br> (212) 257-4880 <br> fthayamballi@shapiroarato.com <br><br> *Counsel for Ara Aprahamian* | s/ *Nathan E. Denning* <br> Nathan E. Denning <br> Chloe S. Booth <br> WIGGIN AND DANA LLP <br> 437 Madison Avenue, 35th Floor <br> New York, NY 10022 <br> Tel: (212) 551-2600 <br> Fax (212) 551-2888 <br> ndenning@wiggin.com <br><br> Benjamin H. Diessel <br> Emmett F. Gilles <br> Christopher Bailes <br> Ariela C. Anhalt <br> WIGGIN AND DANA LLP <br> One Century Tower <br> 265 Church Street <br> New Haven, CT 06510 <br> Tel: (203) 498-4400 <br> Fax: (203) 782-2889 <br> bdiessel@wiggin.com <br> egilles@wiggin.com <br> cbooth@wiggin.com <br> cbailes@wiggin.com <br> aanhalt@wiggin.com <br><br> *Counsel for Aurobindo Pharma U.S.A., Inc.* |
| */s/ W. Gordon Dobie* <br> W. Gordon Dobie <br> Frank A. Battaglia <br> WINSTON & STRAWN LLP <br> 35 W. Wacker Dr. <br> Chicago, IL 60601 <br> Tel: (312) 558-5600 <br> Fax: (312) 558-5700 <br> wdobie@winston.com <br><br> Irving Wiesen <br> LAW OFFICES OF IRVING L. WIESEN, P.C. <br> 420 Lexington Ave. – Suite 2400 <br> New York, NY 10170 <br> Tel: (212) 381-8774 <br> Fax: (646) 536-3185 <br> iwiesen@wiesenlaw.com <br><br> *Counsel for Ascend Laboratories, LLC* | |

/s/ Robin D. Adelstein
Robin D. Adelstein
Mark A. Robertson
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
Tel.: 212-318-3000
robin.adelstein@nortonrosefulbright.com
mark.robertson@nortonrosefulbright.com

*Counsel for Bausch Health Americas, Inc. and Bausch Health US, LLC*


/s/ Michelle N. Lipkowitz
Michelle N. Lipkowitz
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
555 12th Street NW, Suite 1100
Washington, DC 20004
(202) 434-7448
MNLipkowitz@mintz.com

*Counsel for Mitchell S. Blashinsky*


/s/ Guy Petrillo
Guy Petrillo
Christina Karam
PETRILLO KLEIN & BOXER LLP
655 Third Ave.
22nd Floor
New York, NY 10017
(212) 370-0330

*Counsel for Douglas Boothe*

/s/ Larry H. Krantz
Larry H. Krantz
KRANTZ & BERMAN LLP
747 Third Avenue, 32nd Floor
New York, New York 10017
(212) 661-0009
lkrantz@krantzberman.com

*Counsel for James Brown*


/s/ Thomas H. Suddath, Jr.
Thomas H. Suddath, Jr.
REED SMITH LLP
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: 215-851-8100
Facsimile: 215-851-1420
tsuddath@reedsmith.com

*Counsel for Maureen Cavanaugh*


/s/ Steven E. Bizar
Steven E. Bizar
John P. McClam
Agnese Nadalini
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
steven.bizar@dechert.com
john.mcclam@dechert.com
agnese.nadalini@dechert.com

*Counsel for Citron Pharma, LLC*

| | |
|---|---|
| */s/ Roger B. Kaplan* <br> Roger B. Kaplan <br> Jason Kislin <br> Aaron Van Nostrand <br> GREENBERG TAURIG, LLP <br> 500 Campus Drive, Suite 400 <br> Florham Park, New Jersey 07932 <br> Telephone: (973) 360-7900 <br> Facsimile: (973) 301-8410 <br> kaplanr@gtlaw.com <br><br> Brian T. Feeney <br> 1717 Arch Street, Suite 400 <br> Philadelphia, PA 19103 <br> Telephone: (215) 988-7812 <br> Facsimile: (215) 717-5265 <br> brian.feeney@gtlaw.com <br><br> *Counsel for Dr. Reddy's Laboratories, Inc.* | */s/ Dimitra Doufekias* <br> Dimitra Doufekias <br> Megan E. Gerking <br> Robert W. Manoso <br> Aaron Scheinman <br> Megan S. Golden <br> MORRISON & FOERSTER LLP <br> 2100 L Street, NW Suite 900 <br> Washington, DC 20037 <br> Tel.: (202) 887-1500 <br> Fax: (202) 887-0763 <br> ddoufekias@mofo.com <br> mgerking@mofo.com <br> rmanoso@mofo.com <br> ascheinman@mofo.com <br> megangolden@mofo.com <br><br> Michael B. Miller <br> Benjamin E. Campbell <br> MORRISON & FOERSTER LLP <br> 250 W 55th Street <br> New York, NY 10019 <br> Tel.: (212) 468-8000 <br> Fax: (212) 468-7900 <br> mbmiller@mofo.com <br> bcampbell@mofo.com <br><br> *Counsel for Glenmark Pharmaceuticals Inc., USA* |

/s/ Robert E. Connolly
Robert E. Connolly
LAW OFFICE OF ROBERT E. CONNOLLY
1735 Market Street
Suite A, #469
Philadelphia, PA 19103
(215) 219-4418
bob@reconnollylaw.com

*Counsel for James Grauso*


/s/ Robert E. Welsh, Jr.
Robert E. Welsh, Jr.
Richard D. Walk, III
WELSH & RECKER, P.C.
306 Walnut Street
Philadelphia, PA 19106
Tel: (215) 972-6430
Fax: (985) 617-1021
rewelsh@welshrecker.com
rwalk@welshrecker.com

*Counsel for Kevin Green*


/s/ George Gordon
George G. Gordon
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104-2808
Tel.: (215) 994-2000
Fax: (215) 994-2240
george.gordon@dechert.com

*Counsel for Lannett Company, Inc.*

/s/ Colin Kass
Colin R. Kass
Proskauer Rose LLP
1001 Pennsylvania Ave, NW
Suite 600 South
Washington, DC 20004
Telephone: (202) 416-6890
Facsimile: (202) 416-6899
ckass@proskauer.com

Bradley I. Ruskin
David A. Munkittrick
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
bruskin@proskauer.com
dmunkittrick@proskauer.com

Leiv Blad
Meg Slachetka
Competition Law Partners
1101 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 742-4300
leiv@competitionlawpartners.com
meg@competitionlawpartners.com

*Counsel for Lupin Pharmaceuticals, Inc.*


/s/ Adam Farbiarz
Adam Farbiarz
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000
afarbiarz@proskauer.com

*Counsel for Rajiv Malik*

*/s/ Brian J. Smith*
Brian J. Smith
K&L Gates LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
P: 312.807.4202
brian.j.smith@klgates.com

*Counsel for Mayne Pharma Inc.*

*/s/ Benjamin F. Holt*
Benjamin F. Holt
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
benjamin.holt@hoganlovells.com

Jasmeet K. Ahuja
HOGAN LOVELLS US LLP
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Telephone: (267) 675-4600
jasmeet.ahuja@hoganlovells.com

*Counsel for Mylan Inc. and*
   *Mylan Pharmaceuticals Inc.*

*/s/ Peter M. Ryan*
Peter M. Ryan
COZEN O'CONNOR P.C.
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-2130
Facsimile: (215) 701-2157
pryan@cozen.com

*Counsel for James Nesta*

*/s/ J. Clayton Everett, Jr.*
J. Clayton Everett, Jr.
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: +1.202.739.3000
Facsimile: +1.202.739.3001
clay.everett@morganlewis.com
william.cravens@morganlewis.com

Harvey Bartle IV
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: +1.215.963.5000
Facsimile: +1.215.963.5001
harvey.bartle@morganlewis.com

*Counsel for Perrigo New York, Inc.*

*/s/ Margaret A. Rogers*
Margaret A. Rogers
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: +1 212.836.8000
Fax: +1 212.836.8689
Margaret.Rogers@arnoldporter.com

*Counsel for Sandoz Inc. and Fougera*
   *Pharmaceuticals Inc.*

*/s/ Jeffrey Brown*
Jeffrey Brown
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Telephone: (212) 698-3511
Facsimile: (212) 698-3599
jeffrey.brown@dechert.com

*Counsel for Dave Rekenthaler*


*/s/ Calli J. Padilla*
Stephen A. Miller
Calli J. Padilla
COZEN O'CONNOR P.C.
1650 Market Street
Suite 2800
Philadelphia, PA 19103
(215) 665-6938
(215) 253-6777 (fax)
samiller@cozen.com
cpadilla@cozen.com

*Counsel for Richard Rogerson*

*/s/ Alison Tanchyk*
J. Gordon Cooney, Jr.
John J. Pease III
Alison Tanchyk
William T. McEnroe
Zachary M. Johns
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
jgcooney@morganlewis.com
john.pease@morganlewis.com
alison.tanchyk@morganlewis.com
william.mcenroe@morganlewis.com
zachary.johns@morganlewis.com

Amanda B. Robinson
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 739-3000
Fax: (202) 739-3001
amanda.robinson@morganlewis.com

*Counsel for Teva Pharmaceuticals USA, Inc.*


*/s/ Michael Weinstein*
Michael Weinstein
Michael C. Klauder
COLE SCHOTZ P.C.
25 Main Street
Hackensack, NJ 07601
(201) 489-3000

*Counsel for Walter Kaczmarek*

*/s/ Charles S. Leeper*
Charles S. Leeper
Kenneth M. Vorrasi
Alison M. Agnew
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005
Telephone: 202-842-8800
Facsimile: 202-842-8465
charles.leeper@faegredrinker.com
kenneth.vorrasi@faegredrinker.com
alison.agnew@faegredrinker.com

*Counsel for John Wesolowski*


*/s/ Clifford Katz*
Clifford Katz
Damon Suden
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
ckatz@kelleydrye.com
dsuden@kelleydrye.com

*Counsel for Wockhardt USA LLC*

*/s/ Jason R. Parish*
Jason R. Parish
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street, NW
Washington, DC 20006
Telephone: (202) 452-7940
Facsimile: (202) 452-7989
Email: jason.parish@bipc.com

Bradley J. Kitlowski
BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building
501 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 562-8368
Facsimile: (412) 562-1041
Email: bradley.kitlowski@bipc.com

*Counsel for Zydus Pharmaceuticals (USA) Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Third Circuit using the Court's CM/ECF system, which will send an electronic notice to the registered participants as identified in the Notice of Electronic Filing.

February 22, 2024

*s/ Devora W. Allon*
Devora W. Allon
